## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

IN RE:  **Keesie H. Kothmann**
**Ginger Lea Kothman**

CASE NO   **13-10337**

CHAPTER   **7**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | |
|---|---:|
| For legal services, I have agreed to accept: | **$4,694.00** |
| Prior to the filing of this statement I have received: | **$4,694.00** |
| Balance Due: | **$0.00** |

2. The source of the compensation paid to me was:
   ☑ Debtor          ☐ Other (specify)

3. The source of compensation to be paid to me is:
   ☑ Debtor          ☐ Other (specify)

4. ☑  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐  I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
   a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b.  Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;
   c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:
   **Representation in any adversary proceedings, contested matter or appeals. The amount reflected above does not include the filing fee for the filing of this matter with the Court which was handled by the Debtor's attorney.**

   **In a Chapter 13 case, this fee does not include representation in any Motion to Lift Stay, Motion to Dismiss, Motion to Modify Chapter 13 Plan, Request for Moratorium, Applications to Incur Consumer Debt, Motions to Vacate, and Motions to Reinstate. An additional fee will be charged for representation in these matters.**

   **The attorney fees to be paid through the Chapter 13 Plan shall be paid at a rate of $1500 upon the initial disbursement, and for each month thereafter, at a rate of $250.00 until paid in full.**

   **In the event my Chapter 13 case is dismissed for any reason, I authorize the Chapter 13 Trustee to disburse any remaining funds held by her to my attorney, Douglas J. Powell, up to the amount of attorney's fees agreed to in the proceeding after Motion and entry of Order by this Court.**

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

IN RE:  **Keesie H. Kothmann**
**Ginger Lea Kothman**

CASE NO  **13-10337**

CHAPTER  **7**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| 3/20/2013 | /s/ Douglas J. Powell | |
|---|---|---|
| *Date* | *Douglas J. Powell* | Bar No.  16194900 |
| | The Law Offices of Douglas J. Powell, P.C. | |
| | 820 West 10th Street | |
| | Austin, TX 78701 | |
| | Phone: (512) 476-2457 / Fax: (512) 477-4503 | |

 /s/ Keesie H. Kothmann

**Keesie H. Kothmann**

 /s/ Ginger Lea Kothman

**Ginger Lea Kothman**

B 201B (Form 201B) (12/09)

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

In re  **Keesie H. Kothmann**
      **Ginger Lea Kothman**

Case No.    **13-10337**

Chapter       **7**

## CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S)
## UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certification of the Debtor

I (We), the debtor(s), affirm that I (we) have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code.

**Keesie H. Kothmann**

**Ginger Lea Kothman**

Printed Name(s) of Debtor(s)

Case No. (if known)   **13-10337**

X  **/s/ Keesie H. Kothmann**     **3/20/2013**
    Signature of Debtor         Date

X  **/s/ Ginger Lea Kothman**     **3/20/2013**
    Signature of Joint Debtor (if any)    Date

### Certificate of Compliance with § 342(b) of the Bankruptcy Code

I,       **Douglas J. Powell**      , counsel for Debtor(s), hereby certify that I delivered to the Debtor(s) the Notice required by § 342(b) of the Bankruptcy Code.

**/s/ Douglas J. Powell**

Douglas J. Powell, Attorney for Debtor(s)
Bar No.: 16194900
The Law Offices of Douglas J. Powell, P.C.
820 West 10th Street
Austin, TX 78701
Phone: (512) 476-2457
Fax: (512) 477-4503

---

**Instructions:**  Attach a copy of Form B 201A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) ONLY if the certification has NOT been made on the Voluntary Petition, Official Form B1.  Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor.  The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.

# UNITED STATES BANKRUPTCY COURT

# NOTICE TO CONSUMER DEBTOR(S) UNDER § 342(b)
# OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition. In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address. If you are filing a JOINT CASE (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1.  Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days BEFORE the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies. Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses. Each debtor in a joint case must complete the course.

## 2.  The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

**Chapter 7:    Liquidation  ($245 filing fee, $46 administrative fee, $15 trustee surcharge: Total fee $306)**
Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, the United States trustee (or bankruptcy administrator), the trustee, or creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

13-10337-tmd  Doc#10  Filed 03/20/13  Entered 03/20/13 12:17:41  Main Document  Pg 5 of 70
03/20/2013 12:12:38pm
Form B 201A, Notice to Consumer Debtor(s)                                                                    Page 2

### Chapter 13:  Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $46 administrative fee: Total fee $281)

Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over a period of time.  You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings.  The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors.  The court must approve your plan before it can take effect.

After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

### Chapter 11:  Reorganization  ($1167 filing fee, $46 administrative fee: Total fee $1213)
Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors.  Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### Chapter 12:  Family Farmer or Fisherman    ($200 filing fee, $46 administrative fee: Total fee $246)
Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13.  The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

## 3.  Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both.  All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:**   Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition.  Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.  The documents and the deadlines for filing them are listed on Form B200, which is posted at http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

03/20/2013 12:12:38pm

B6A (Official Form 6A) (12/07)

In re  **Keesie H. Kothmann**                              Case No.   **13-10337**
        **Ginger Lea Kothman**                                             (if known)

## SCHEDULE A - REAL PROPERTY

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting Any Secured Claim or Exemption | Amount Of Secured Claim |
|---|---|---|---|---|
| Homestead<br>Single family dwelling located at 160 Gabriel Farms Drive Hutto, TX 78634-3201<br><br>More formally described as Gabriel Farms, Section 1, Tract 2 and Section 2, Lot 8 (Amended), Lot 2, Acres 21.42.<br><br>Value per WCAD<br><br>Debtors bought the dirt and built the house in approx. 1997/1998. | Homestead | C | $683,580.00 | $0.00 |
| | | Total: | **$683,580.00** | |

(Report also on Summary of Schedules)

03/20/2013 12:12:38pm

B6B (Official Form 6B) (12/07)

In re **Keesie H. Kothmann**        Case No. **13-10337**
      **Ginger Lea Kothman**                                             (if known)

## SCHEDULE B - PERSONAL PROPERTY

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand. | | Cash | C | $25.00 |
| 2. Checking, savings or other finan-cial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and home-stead associations, or credit unions, brokerage houses, or cooperatives. | | Morgan Stanley business account for Mann Contractors, LTD and Keesie Kothman. Account ending in 822. Account overdrawn on date of filing. | C | $0.00 |
| | | Rockdale Federal Credit Union - checking 1590 | W | $0.00 |
| | | The Commercial Bank - checking acct. 0762 | W | $127.68 |
| 3. Security deposits with public util-ities, telephone companies, land-lords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video and computer equipment. | | Sofas (3) | C | $180.00 |
| | | Recliners (2) | C | $80.00 |
| | | Love seat | C | $30.00 |
| | | Side charis (7) | C | $140.00 |
| | | Coffee table | C | $30.00 |
| | | End tables (3) | C | $75.00 |
| | | CD Players (2) | C | $100.00 |
| | | Color televisiions (6) | C | $450.00 |
| | | Lamps (3) | C | $15.00 |
| | | VCR | C | $5.00 |
| | | Large rugs (3) | C | $30.00 |

03/20/2013 12:12:38pm

B6B (Official Form 6B) (12/07) -- Cont.

In re  **Keesie H. Kothmann**                                   Case No.   **13-10337**
       **Ginger Lea Kothman**                                               (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 1*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | Small rugs (3) | C | $15.00 |
| | | Small appliances | C | $10.00 |
| | | Pots and pans | C | $25.00 |
| | | Dishes and glassware | C | $35.00 |
| | | Flatware | C | $15.00 |
| | | China | C | $75.00 |
| | | Crystal | C | $60.00 |
| | | Table and chairs | C | $200.00 |
| | | Table and chairs | C | $250.00 |
| | | Buffet | C | $75.00 |
| | | Pedestal stand | C | $28.00 |
| | | Punch bowl | C | $10.00 |
| | | Tupperware (24 pieces) | C | $6.00 |
| | | Master Bed | C | $100.00 |
| | | Beds (2) | C | $150.00 |
| | | Beds (3) | C | $225.00 |
| | | Dressers (4) | C | $200.00 |
| | | Chests (2) | C | $10.00 |
| | | Night stands (7) | C | $30.00 |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **Keesie H. Kothmann**                        Case No.  **13-10337**
        **Ginger Lea Kothman**                                   (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 2*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | Clocks (3) | C | $15.00 |
| | | Lamps (12) | C | $84.00 |
| | | Armoire | C | $30.00 |
| | | Armoire | C | $55.00 |
| | | Rugs (3) | C | $84.00 |
| | | Towels and linens (35 pieces) | C | $17.50 |
| | | Toilette articles | C | $26.00 |
| | | Mirrors (7) | C | $41.00 |
| | | Lounge chair | C | $60.00 |
| | | Shuffleboard table | C | $40.00 |
| | | Foos ball table | C | $30.00 |
| | | Vanitys (2) | C | $30.00 |
| | | Table | C | $45.00 |
| | | Gun cabinets (2) | C | $90.00 |
| | | Hat racks (2) | C | $10.00 |
| | | Ice cream maker | C | $2.00 |
| | | Foot stool | C | $20.00 |
| | | Umbrella stand | C | $5.25 |
| | | Washer | C | $100.00 |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **Keesie H. Kothmann**
    **Ginger Lea Kothman**

Case No.  **13-10337**
           (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 3*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | Dryer | C | $100.00 |
| | | Garden tools | C | $3.00 |
| | | Electric tools | C | $35.00 |
| | | Lawn mower | C | $50.00 |
| | | Drill | C | $15.00 |
| | | Shovels | C | $3.00 |
| | | Sprayer | C | $2.00 |
| | | Leaf blower | C | $12.00 |
| | | Patio Furniture | C | $150.00 |
| | | Coffee pot | C | $7.00 |
| | | Waffle maker | C | $7.00 |
| | | Fryer | C | $2.00 |
| | | Barbeque pit | C | $40.00 |
| | | Fireplace set | C | $2.00 |
| | | Firewood carrier | C | $1.00 |
| | | Outside umbrella | C | $10.00 |
| | | Dish towels | C | $30.00 |
| | | Iron | C | $1.00 |
| | | Ironing board | C | $2.00 |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **Keesie H. Kothmann**
       **Ginger Lea Kothman**

Case No.  **13-10337** _____
                         (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 4*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | Vacuums (2) | C | $16.00 |
| | | Mop and Bucket | C | $2.50 |
| | | Glass bowls | C | $12.00 |
| | | Serving plates (4) | C | $20.00 |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | | CD Collection (66) | C | $66.00 |
| | | Various books (312) | C | $250.00 |
| | | Miscellaneous framed family photographs | C | $62.00 |
| | | Miscellaneous pictures and wall art | C | $140.00 |
| | | Floral arrangements (18) | C | $180.00 |
| | | Decorative pillows (32) | C | $25.00 |
| | | Decor items and knick knacks | C | $50.00 |
| | | Throws and blankets (8) | C | $32.00 |
| | | Board games (6) | C | $6.00 |
| | | Dominoes | C | $7.50 |
| | | Blankets (8) | C | $16.00 |
| | | Candles and candle holders 10.00 | C | $0.00 |
| 6. Wearing apparel. | | Miscellaneous men's clothing, shoes and accessories | C | $325.00 |
| | | Miscellaneous ladies clothing, shoes and accessories | C | $515.00 |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **Keesie H. Kothmann**              Case No.   **13-10337**
     **Ginger Lea Kothman**                            (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 5*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | Miscellaneous children's clothing, shoes and accessories | C | $225.00 |
| 7. Furs and jewelry. | | Mens wedding ring | C | $85.00 |
| | | Ladies watches (2) | C | $50.00 |
| | | Ladies wedding ring | C | $800.00 |
| | | Ladies necklaces (2) | C | $125.00 |
| | | Ladies earrings (7) | C | $175.00 |
| | | Ladies bracelets (6) | C | $240.00 |
| | | Ladies rings (2) | C | $150.00 |
| 8. Firearms and sports, photo-graphic, and other hobby equipment. | | Bibles (4) | C | $8.00 |
| | | Collector Knife sets (2) | C | $10.00 |
| | | Treadmill | C | $50.00 |
| | | Camera | C | $60.00 |
| | | Football | C | $1.50 |
| | | Baseballs (2) | C | $0.40 |
| | | Tennis rackets (3) | C | $6.00 |
| | | Children's baseball gloves (2) | C | $4.00 |
| | | BB guns (2) | C | $30.00 |
| | | Pellet guns (3) | C | $26.00 |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **Keesie H. Kothmann**                                     Case No.  **13-10337**_____
     **Ginger Lea Kothman**                                              (if known)

# SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 6*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | Basketball goal | C | $28.00 |
| | | Basketballs (2) | C | $10.00 |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities.  Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars.  (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | | Education IRA for H. Kothmann | C | $5,797.00 |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans.  Give particulars. | | Morgan Stanley Traditional IRA - Ginger Kothmann | C | $2,418.00 |
| | | Morgan Stanley Traditional IRA - Keesie Kothmann | C | $2,625.00 |
| | | Morgan Stanley 401K Retirement account - Ginger Kothmann | C | $14,202.00 |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | Mason Steel Company, LLC. Mann Contractors, GP, LLC is set up to serve as the General Partner of Mann Contractors, Ltd. Keesie Kothmann owns 100%. Company is no longer in business, but has assets in 3 trucks that they lease to a construction company (3LW) for the exact payment amount. 2007 Chevrolet Silverado - $5,200.00 2007 Chevrolet Silverado - $5,200.00 | C | $16,100.00 |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **Keesie H. Kothmann**                                    Case No.  **13-10337** _____
       **Ginger Lea Kothman**                                                    (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 7*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | 2008 Chevrolet C1500  - $5,700.00<br>Debtors believe the values of these vehciles are approximately equal to the amount owed on each one. Vehicle titles to be transfered to 3LW upon payment in full of the debt owed on each particular vehicle. | | |
| | | K. H. Kothmann Management, Inc. was supposed to be created to be the general partner of the Kothmann Family Limited Partnership, but it does not appear that it ever was. Listed for disclosure purposes only. | C | $0.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | | Kothmann, Ltd.<br>Ginger Kothmann owns 63% and Keesie Kothmann owns 36%<br>Company is no longer doing business and has no assets. | C | $0.00 |
| | | Kothmann Management, LLC.<br>This entity was set up to serve as the General Parnter of Kothmann, Ltd. Keesie and Ginger Kothmann own 100% undivided interest in this LLC.<br>Company is no longer doing business and has no assets. | C | $0.00 |
| | | Lange Construction Company, Inc.<br><br>this company was set up and formerly known as Lange Construction Company.  Ginger Kothmann owns 63% and Keesie Kothmann owns 37%.<br>Company no longer doing business and has no assets. | C | $0.00 |
| | | MS Supply, LLC<br>Keesie and Ginger Kothmann own 100% undivided interest.<br>Company is not doing business and has no assets. | C | $0.00 |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **Keesie H. Kothmann**                                    Case No.  __13-10337_____
     **Ginger Lea Kothman**                                              (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 8*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled.  Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercis-able for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliqui-dated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims.  Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **Keesie H. Kothmann**                                  Case No.  **13-10337**
     **Ginger Lea Kothman**                                                (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 9*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2005 Dodge Ram 3500 Quad Cab | C | $8,216.00 |
| | | 2007 GMC Yukon XL 1500 Denali Sport Utility 4D | C | $21,012.00 |
| | | 2010 Volkswagon Jetta TDI Sedan 4D | C | $10,333.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |

03/20/2013 12:12:38pm

B6B (Official Form 6B) (12/07) -- Cont.

In re  **Keesie H. Kothmann**                    Case No.  **13-10337**
          **Ginger Lea Kothman**                                        (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 10*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed.  Itemize. | | Debtors control a family trust  called the Kothmann Family Limited Partnership.<br>Partnership created in October, 2008, by Debtors.<br>Assets include:<br><br>2007 Loadmax 3 Axel Gooseneck trailer   $27,0000.00<br>2006 Texas Bragg Tandem Bumper trailer $ 6,750.00<br>2006 Texas Bragg Tandem Bumper trailer $ 6,750.00<br>2006 Texas Bragg Tandem Bumper trailer $ 6,750.00<br>2006 Texas Bragg Tandem Bumper trailer $ 6,750.00<br>2006 Texas Bragg Tandem Bumper trailer $ 6,750.00<br>2005 Texas Bragg Tandem Bumper trailer $ 6,750.00<br>2007 Texas Bragg Tandem Bumper trailer $ 6,750.00<br>2007 Texas Bragg Tandem Bumper trailer $ 6,750.00<br>2006 Texas Bragg Tandem Bumper trailer $ 6,750.00 2006<br>Legend 3 Tandem Flatbed  trailer     $17,000.00<br>2006 Cargo Two Axel trailer          $ 2,500.00<br>2000 Big Tex Tandem Pintel trailer         $17,000.00<br>1999 Top Hat Tandem Goosneck trailer    $12,000.00<br>1997 UT Trailer - Tandem Pintel        $ 6,000.00 | C | $152,250.00 |
| | | (Continuation of above family trust)<br>2007 Durmax 3500<br>2007 Duromax 3500<br>2007 Silverado 1500<br>2007 Silverado 1500<br>2006 Ram 3500<br>2006 Silverado 1500<br>2005 Ram 3500<br>2002 Dump Truck<br>1997 International Hydraulic pressure digger<br>John Deere Skid-Steer loader Model 330(?)<br>Value estimated to be slightly less than the amount owed to the bank and Debtors are somewhat delinquent on the | C | $185,000.00 |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **Keesie H. Kothmann**              Case No.  **13-10337**
**Ginger Lea Kothman**                                (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 11*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | payments to the bnk. | | |

_____11_____ continuation sheets attached

**Total  >**  $425,825.33

(Include amounts from any continuation sheets attached.  Report total also on Summary of Schedules.)

03/20/2013 12:12:38pm

B6C (Official Form 6C) (4/10)

In re  **Keesie H. Kothmann**                                    Case No.  **13-10337**
       **Ginger Lea Kothman**                                             (If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:          ☑  Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                              $146,450.*

☐  11 U.S.C. § 522(b)(2)

☑  11 U.S.C. § 522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| Homestead<br>Single family dwelling located at 160 Gabriel Farms Drive Hutto, TX 78634-3201<br><br>More formally described as Gabriel Farms, Section 1, Tract 2 and Section 2, Lot 8 (Amended), Lot 2, Acres 21.42.<br><br>Value per WCAD<br><br>Debtors bought the dirt and built the house in approx. 1997/1998. | Const. art. 16 §§ 50, 51, Texas Prop. Code §§ 41.001-.002 | $683,580.00 | $683,580.00 |
| Sofas (3) | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1), 42.001(b)(4) | $180.00 | $180.00 |
| Recliners (2) | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1), 42.001(b)(4) | $80.00 | $80.00 |
| Love seat | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1), 42.001(b)(4) | $30.00 | $30.00 |
| Side charis (7) | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1), 42.001(b)(4) | $140.00 | $140.00 |
| Coffee table | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1), 42.001(b)(4) | $30.00 | $30.00 |
| End tables (3) | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1), 42.001(b)(4) | $75.00 | $75.00 |

*Amount subject to adjustment on 4/1/13 and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

|  | **$684,115.00** | **$684,115.00** |
|---|---|---|

B6C (Official Form 6C) (4/10) -- Cont.

In re  **Keesie H. Kothmann**
       **Ginger Lea Kothman**

Case No.   **13-10337**
                 (If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

*Continuation Sheet No. 1*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| CD Players (2) | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1), 42.001(b)(4) | $100.00 | $100.00 |
| Color televisiions (6) | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1), 42.001(b)(4) | $450.00 | $450.00 |
| Lamps (3) | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1), 42.001(b)(4) | $15.00 | $15.00 |
| VCR | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1), 42.001(b)(4) | $5.00 | $5.00 |
| Large rugs (3) | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1), 42.001(b)(4) | $30.00 | $30.00 |
| Small rugs (3) | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1), 42.001(b)(4) | $15.00 | $15.00 |
| Small appliances | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1), 42.001(b)(4) | $10.00 | $10.00 |
| Pots and pans | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1), 42.001(b)(4) | $25.00 | $25.00 |
| Dishes and glassware | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1), 42.001(b)(4) | $35.00 | $35.00 |
| Flatware | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1), 42.001(b)(4) | $15.00 | $15.00 |
| China | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1), 42.001(b)(4) | $75.00 | $75.00 |
| Crystal | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1), 42.001(b)(4) | $60.00 | $60.00 |
| Table and chairs | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1), 42.001(b)(4) | $200.00 | $200.00 |
| | | $685,150.00 | $685,150.00 |

03/20/2013 12:12:39pm

B6C (Official Form 6C) (4/10) -- Cont.

In re   **Keesie H. Kothmann**                                    Case No.   **13-10337**
    **Ginger Lea Kothman**                                                  (If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

*Continuation Sheet No. 2*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| Table and chairs | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1), 42.001(b)(4) | $250.00 | $250.00 |
| Buffet | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1), 42.001(b)(4) | $75.00 | $75.00 |
| Pedestal stand | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1), 42.001(b)(4) | $28.00 | $28.00 |
| Punch bowl | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1), 42.001(b)(4) | $10.00 | $10.00 |
| Tupperware (24 pieces) | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1), 42.001(b)(4) | $6.00 | $6.00 |
| Master Bed | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1), 42.001(b)(4) | $100.00 | $100.00 |
| Beds (2) | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1), 42.001(b)(4) | $150.00 | $150.00 |
| Beds (3) | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1), 42.001(b)(4) | $225.00 | $225.00 |
| Dressers (4) | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1), 42.001(b)(4) | $200.00 | $200.00 |
| Chests (2) | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1), 42.001(b)(4) | $10.00 | $10.00 |
| Night stands (7) | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1), 42.001(b)(4) | $30.00 | $30.00 |
| Clocks (3) | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1), 42.001(b)(4) | $15.00 | $15.00 |
| Lamps (12) | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1), 42.001(b)(4) | $84.00 | $84.00 |
| | | **$686,333.00** | **$686,333.00** |

03/20/2013 12:12:39pm

B6C (Official Form 6C) (4/10) -- Cont.

In re  **Keesie H. Kothmann**                                  Case No.  **13-10337**
     **Ginger Lea Kothman**                                                  (If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

*Continuation Sheet No. 3*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| Armoire | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1), 42.001(b)(4) | $30.00 | $30.00 |
| Armoire | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1), 42.001(b)(4) | $55.00 | $55.00 |
| Rugs (3) | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1), 42.001(b)(4) | $84.00 | $84.00 |
| Towels and linens (35 pieces) | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1), 42.001(b)(4) | $17.50 | $17.50 |
| Toilette articles | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1), 42.001(b)(4) | $26.00 | $26.00 |
| Mirrors (7) | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1), 42.001(b)(4) | $41.00 | $41.00 |
| Lounge chair | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1), 42.001(b)(4) | $60.00 | $60.00 |
| Shuffleboard table | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1), 42.001(b)(4) | $40.00 | $40.00 |
| Foos ball table | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1), 42.001(b)(4) | $30.00 | $30.00 |
| Vanitys (2) | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1), 42.001(b)(4) | $30.00 | $30.00 |
| Table | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1), 42.001(b)(4) | $45.00 | $45.00 |
| Gun cabinets (2) | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1), 42.001(b)(4) | $90.00 | $90.00 |
| Hat racks (2) | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1), 42.001(b)(4) | $10.00 | $10.00 |
| | | **$686,891.50** | **$686,891.50** |

03/20/2013 12:12:39pm

B6C (Official Form 6C) (4/10) -- Cont.

In re  **Keesie H. Kothmann**           Case No.   **13-10337**
       **Ginger Lea Kothman**                        (If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

*Continuation Sheet No. 4*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| Ice cream maker | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1), 42.001(b)(4) | $2.00 | $2.00 |
| Foot stool | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1), 42.001(b)(4) | $20.00 | $20.00 |
| Umbrella stand | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1), 42.001(b)(4) | $5.25 | $5.25 |
| Washer | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1), 42.001(b)(4) | $100.00 | $100.00 |
| Dryer | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1), 42.001(b)(4) | $100.00 | $100.00 |
| Garden tools | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1), 42.001(b)(4) | $3.00 | $3.00 |
| Electric tools | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1), 42.001(b)(4) | $35.00 | $35.00 |
| Lawn mower | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1), 42.001(b)(4) | $50.00 | $50.00 |
| Drill | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1), 42.001(b)(4) | $15.00 | $15.00 |
| Shovels | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1), 42.001(b)(4) | $3.00 | $3.00 |
| Sprayer | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1), 42.001(b)(4) | $2.00 | $2.00 |
| Leaf blower | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1), 42.001(b)(4) | $12.00 | $12.00 |
| Patio Furniture | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1), 42.001(b)(4) | $150.00 | $150.00 |
| | | **$687,388.75** | **$687,388.75** |

B6C (Official Form 6C) (4/10) -- Cont.

In re  **Keesie H. Kothmann**                                    Case No.  **13-10337**
**Ginger Lea Kothman**                                                    (If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

*Continuation Sheet No. 5*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| Coffee pot | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1), 42.001(b)(4) | $7.00 | $7.00 |
| Waffle maker | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1), 42.001(b)(4) | $7.00 | $7.00 |
| Fryer | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1), 42.001(b)(4) | $2.00 | $2.00 |
| Barbeque pit | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1), 42.001(b)(4) | $40.00 | $40.00 |
| Fireplace set | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1), 42.001(b)(4) | $2.00 | $2.00 |
| Firewood carrier | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1), 42.001(b)(4) | $1.00 | $1.00 |
| Outside umbrella | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1), 42.001(b)(4) | $10.00 | $10.00 |
| Dish towels | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1), 42.001(b)(4) | $30.00 | $30.00 |
| Iron | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1), 42.001(b)(4) | $1.00 | $1.00 |
| Ironing board | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1), 42.001(b)(4) | $2.00 | $2.00 |
| Vacuums (2) | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1), 42.001(b)(4) | $16.00 | $16.00 |
| Mop and Bucket | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1), 42.001(b)(4) | $2.50 | $2.50 |
| Glass bowls | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1), 42.001(b)(4) | $12.00 | $12.00 |
| | | **$687,521.25** | **$687,521.25** |

03/20/2013 12:12:39pm

B6C (Official Form 6C) (4/10) -- Cont.

In re  **Keesie H. Kothmann**             Case No.  **13-10337**
    **Ginger Lea Kothman**

(If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

*Continuation Sheet No. 6*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| Serving plates (4) | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1), 42.001(b)(4) | $20.00 | $20.00 |
| CD Collection (66) | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1), 42.001(b)(4) | $66.00 | $66.00 |
| Various books (312) | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1), 42.001(b)(4) | $250.00 | $250.00 |
| Miscellaneous framed family photographs | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1), 42.001(b)(4) | $62.00 | $62.00 |
| Miscellaneous pictures and wall art | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1), 42.001(b)(4) | $140.00 | $140.00 |
| Floral arrangements (18) | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1), 42.001(b)(4) | $180.00 | $180.00 |
| Decorative pillows (32) | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1), 42.001(b)(4) | $25.00 | $25.00 |
| Decor items and knick knacks | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1), 42.001(b)(4) | $50.00 | $50.00 |
| Throws and blankets (8) | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1), 42.001(b)(4) | $32.00 | $32.00 |
| Board games (6) | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1), 42.001(b)(4) | $6.00 | $6.00 |
| Dominoes | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1), 42.001(b)(4) | $7.50 | $7.50 |
| Blankets (8) | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1), 42.001(b)(4) | $16.00 | $16.00 |
| Candles and candle holders 10.00 | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1), 42.001(b)(4) | $0.00 | $0.00 |
| | | $688,375.75 | $688,375.75 |

03/20/2013 12:12:39pm

B6C (Official Form 6C) (4/10) -- Cont.

In re **Keesie H. Kothmann**
      **Ginger Lea Kothman**

Case No.  **13-10337**
                (If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

*Continuation Sheet No. 7*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| Miscellaneous men's clothing, shoes and accessories | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(5) | $325.00 | $325.00 |
| Miscellaneous ladies clothing, shoes and accessories | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(5) | $515.00 | $515.00 |
| Miscellaneous children's clothing, shoes and accessories | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(5) | $225.00 | $225.00 |
| Mens wedding ring | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(6) | $85.00 | $85.00 |
| Ladies watches (2) | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(6) | $50.00 | $50.00 |
| Ladies wedding ring | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(6) | $800.00 | $800.00 |
| Ladies necklaces (2) | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(6) | $125.00 | $125.00 |
| Ladies earrings (7) | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(6) | $175.00 | $175.00 |
| Ladies bracelets (6) | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(6) | $240.00 | $240.00 |
| Ladies rings (2) | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(6) | $150.00 | $150.00 |
| Bibles (4) | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1), 42.001(b)(4) | $8.00 | $8.00 |
| Collector Knife sets (2) | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1), 42.001(b)(4) | $10.00 | $10.00 |
| Treadmill | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1), 42.001(b)(4) | $50.00 | $50.00 |
|  |  | **$691,133.75** | **$691,133.75** |

B6C (Official Form 6C) (4/10) -- Cont.

In re  **Keesie H. Kothmann**
　　　 **Ginger Lea Kothman**

Case No.　**13-10337**　　　　　　
　　　　　　　　　　(If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

*Continuation Sheet No. 8*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| Camera | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1), 42.001(b)(4) | $60.00 | $60.00 |
| Football | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1), 42.001(b)(4) | $1.50 | $1.50 |
| Baseballs (2) | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1), 42.001(b)(4) | $0.40 | $0.40 |
| Tennis rackets (3) | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1), 42.001(b)(4) | $6.00 | $6.00 |
| Children's baseball gloves (2) | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1), 42.001(b)(4) | $4.00 | $4.00 |
| BB guns (2) | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1), 42.001(b)(4) | $30.00 | $30.00 |
| Pellet guns (3) | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1), 42.001(b)(4) | $26.00 | $26.00 |
| Basketball goal | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1), 42.001(b)(4) | $28.00 | $28.00 |
| Basketballs (2) | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1), 42.001(b)(4) | $10.00 | $10.00 |
| Education IRA for H. Kothmann | Tex. Prop. Code § 42.0021 | $5,797.00 | $5,797.00 |
| Morgan Stanley Traditional IRA - Ginger Kothmann | 11 U.S.C. § 522(n) | $2,418.00 | $2,418.00 |
| Morgan Stanley Traditional IRA - Keesie Kothmann | 11 U.S.C. § 522(n) | $2,625.00 | $2,625.00 |
| Morgan Stanley 401K Retirement account - Ginger Kothmann | 11 U.S.C. § 522(n) | $14,202.00 | $14,202.00 |
|  |  | **$716,341.65** | **$716,341.65** |

03/20/2013 12:12:39pm

B6C (Official Form 6C) (4/10) -- Cont.

In re  **Keesie H. Kothmann**                                    Case No.    **13-10337**
      **Ginger Lea Kothman**                                                              (If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

*Continuation Sheet No. 9*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| 2005 Dodge Ram 3500 Quad Cab | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(9) | $8,216.00 | $8,216.00 |
| 2007 GMC Yukon XL 1500 Denali Sport Utility 4D | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(9) | $21,012.00 | $21,012.00 |
| 2010 Volkswagon Jetta TDI Sedan 4D | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(9) | $0.00 | $10,333.00 |
| | | $745,569.65 | $755,902.65 |

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

IN RE: **Keesie H. Kothmann**
     **Ginger Lea Kothman**

CASE NO  **13-10337**

CHAPTER  **7**

## SCHEDULE C-1 (SUPPLEMENTAL EXEMPTION ANALYSIS)

**Exemption Totals by Category:**

(Values and liens of surrendered property are NOT included in this section)

Scheme Selected: **State**

| No. | Category | Gross Property Value | Total Encumbrances | Total Equity | Total Amount Exempt | Total Amount Non-Exempt |
|-----|----------|---------------------:|-------------------:|-------------:|--------------------:|------------------------:|
| N/A | Real Property. | $683,580.00 | $0.00 | $683,580.00 | $683,580.00 | $0.00 |
| 1. | Cash on hand. | $25.00 | $0.00 | $25.00 | $0.00 | $25.00 |
| 2. | Checking, savings or other financial accounts, CD's or shares in banks... | $127.68 | $0.00 | $127.68 | $0.00 | $127.68 |
| 3. | Security deposits with public utilities, telephone companies, landlords, others. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 4. | Household goods and furnishings, including audio, video... | $3,961.25 | $0.00 | $3,961.25 | $3,961.25 | $0.00 |
| 5. | Books, pictures and other art objects, antiques, stamp, coin, records.... | $834.50 | $0.00 | $834.50 | $834.50 | $0.00 |
| 6. | Wearing apparel. | $1,065.00 | $0.00 | $1,065.00 | $1,065.00 | $0.00 |
| 7. | Furs and jewelry. | $1,625.00 | $0.00 | $1,625.00 | $1,625.00 | $0.00 |
| 8. | Firearms and sports, photographic and other hobby equipment. | $233.90 | $0.00 | $233.90 | $233.90 | $0.00 |
| 9. | Interests in insurance policies. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 10. | Annuities. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 11. | Education IRAs. | $5,797.00 | $0.00 | $5,797.00 | $5,797.00 | $0.00 |
| 12. | Interests in IRA, ERISA, Keogh... | $19,245.00 | $0.00 | $19,245.00 | $19,245.00 | $0.00 |
| 13. | Stock and interests in incorporated... | $16,100.00 | $16,154.58 | $0.00 | $0.00 | $0.00 |
| 14. | Interests in partnerships.... | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 15. | Government and corporate bonds... | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 16. | Accounts receivable. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 17. | Alimony, maintenance, support, and property settlement to which the..... | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 18. | Other liquidated debts owed debtor... | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 19. | Equitable or future interests, life estates, and rights or powers..... | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 20. | Contingent and noncontingent interests in estate of decedent, death benefit.... | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 21. | Other contingent and unliquidated claims of every nature..... | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

Copyright 1996-2013, LegalPRO Systems, Inc., San Antonio, Texas (210) 561-5300 -- All rights reserved.

03/20/2013 12:12:39pm

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

IN RE: **Keesie H. Kothmann**
        **Ginger Lea Kothman**

CASE NO  **13-10337**

CHAPTER  **7**

## SCHEDULE C-1 (SUPPLEMENTAL EXEMPTION ANALYSIS)
*Continuation Sheet # 1*

### Exemption Totals by Category:
(Values and liens of surrendered property are NOT included in this section)

Scheme Selected: **State**

| No. | Category | Gross Property Value | Total Encumbrances | Total Equity | Total Amount Exempt | Total Amount Non-Exempt |
|-----|----------|----------------------|--------------------|--------------|--------------------|------------------------|
| 22. | Patents, copyrights, and other intellectual property. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 23. | Licenses, franchises, and other.... | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 24. | Customer Lists. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 25. | Automobiles, trucks, trailers, vehicles... | $39,561.00 | $12,414.00 | $29,228.00 | $29,228.00 | $0.00 |
| 26. | Boats, motors and accessories. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 27. | Aircraft and accessories. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 28. | Office equipment, furnishings... | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 29. | Machinery, fixtures used in business. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 30. | Inventory. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 31. | Animals. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 32. | Crops - growing or harvested. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 33. | Farming equipment and implements. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 34. | Farm supplies, chemicals, and feed. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 35. | Other personal property of any kind. | $337,250.00 | $391,200.00 | $0.00 | $0.00 | $0.00 |
| | **TOTALS:** | **$1,109,405.33** | **$419,768.58** | **$745,722.33** | **$745,569.65** | **$152.68** |

### Surrendered Property:
The following property is to be surrendered by the debtor. Although this property is NOT exempt, it is NOT considered "non-exempt" for purposes of this analysis. The below listed items are to be returned to the lienholder.

| Property Description | Market Value | Lien | Equity |
|----------------------|--------------|------|--------|
| **Real Property** | | | |
| (None) | | | |
| **Personal Property** | | | |
| (None) | | | |
| **TOTALS:** | $0.00 | $0.00 | $0.00 |

### Non-Exempt Property by Item:
The following property, or a portion thereof, is non-exempt.

| Property Description | Market Value | Lien | Equity | Non-Exempt Amount |
|----------------------|--------------|------|--------|-------------------|
| **Real Property** | | | | |
| (None) | | | | |

*Copyright 1996-2013, LegalPRO Systems, Inc., San Antonio, Texas  (210) 561-5300 -- All rights reserved.*

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

IN RE: **Keesie H. Kothmann**
**Ginger Lea Kothman**

CASE NO    **13-10337**

CHAPTER    **7**

## SCHEDULE C-1 (SUPPLEMENTAL EXEMPTION ANALYSIS)

*Continuation Sheet # 2*

**Personal Property**

| | | | | |
|---|---|---|---|---|
| Cash | $25.00 | | $25.00 | $25.00 |
| The Commercial Bank - checking acct. 0762 | $127.68 | | $127.68 | $127.68 |
| **TOTALS:** | **$152.68** | **$0.00** | **$152.68** | **$152.68** |

| Summary | |
|---|---|
| A. Gross Property Value (not including surrendered property) | **$1,109,405.33** |
| B. Gross Property Value of Surrendered Property | **$0.00** |
| C. Total Gross Property Value (A+B) | **$1,109,405.33** |
| D. Gross Amount of Encumbrances (not including surrendered property) | **$419,768.58** |
| E. Gross Amount of Encumbrances on Surrendered Property | **$0.00** |
| F. Total Gross Encumbrances (D+E) | **$419,768.58** |
| G. Total Equity (not including surrendered property)  /  (A-D) | **$745,722.33** |
| H. Total Equity in surrendered items  (B-E) | **$0.00** |
| I.  Total Equity  (C-F) | **$745,722.33** |
| J. Total Exemptions Claimed | **$745,569.65** |
| K.  Total Non-Exempt Property Remaining  (G-J) | **$152.68** |

*Copyright 1996-2013, LegalPRO Systems, Inc., San Antonio, Texas  (210) 561-5300 -- All rights reserved.*

B6D (Official Form 6D) (12/07)

In re **Keesie H. Kothmann**                                    Case No. **13-10337**
     **Ginger Lea Kothman**                                    (if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCT #: **xx7347**<br><br>**A+ F.C.U.**<br>**P.O. Box 14867**<br>**Austin, TX 78761-4867** | | C | DATE INCURRED:<br>NATURE OF LIEN:<br>**Lien on title**<br>COLLATERAL:<br>**2010 Volkswagon Jetta TDI Sedan 4D**<br>REMARKS:<br><br>VALUE: **$10,333.00** | | | | **$12,414.00** | **$2,081.00** |
| ACCT #: **xxxxxxx2485**<br><br>**Ally Financial**<br>**PO Box 130424**<br>**Roseville, MN 55113** | | C | DATE INCURRED:<br>NATURE OF LIEN:<br>**Lien on title**<br>COLLATERAL:<br>**2007 Chevrolet Silverado**<br>REMARKS:<br><br>VALUE: **$16,100.00** | | | | **$3,787.18** | |
| ACCT #: **xxxxxxx4595**<br><br>**Ally Financial**<br>**PO Box 130424**<br>**Roseville, MN 55113** | | C | DATE INCURRED:<br>NATURE OF LIEN:<br>**Lien on title**<br>COLLATERAL:<br>**2007 Chevrolet Silverado**<br>REMARKS:<br><br>VALUE: **$16,100.00** | | | | **$7,370.61** | |
| ACCT #:<br><br>**Chase Automotive Finance**<br>**National Bankruptcy Dept.**<br>**PO BOX 29505**<br>**AZ1-1191**<br>**Phoenix, AZ  85038** | | C | DATE INCURRED:<br>NATURE OF LIEN:<br>**Lien on title**<br>COLLATERAL:<br>**2008 Chevrolet Silverado C1500**<br>REMARKS:<br><br>VALUE: **$16,100.00** | | | | **$4,996.79** | **$54.58** |
| | | | Subtotal (Total of this Page) > | | | | **$28,568.58** | **$2,135.58** |
| | | | Total (Use only on last page) > | | | | | |

_____1_____ continuation sheets attached

(Report also on Summary of Schedules.)    (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6D (Official Form 6D) (12/07) - Cont.

In re  **Keesie H. Kothmann**           Case No.   **13-10337**
        **Ginger Lea Kothman**                                                     (if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCT #:<br><br>**James R. Goodman**<br>**3709 Wharton Street**<br>**Ft. Worth, TX 76133** | | C | DATE INCURRED:<br>NATURE OF LIEN:<br>**UCC-1 and liens on title where titles exist**<br>COLLATERAL:<br>**Various trucks and trailers**<br>REMARKS:<br><br><br>VALUE:            **$152,250.00** | | | | **$200,000.00** | **$47,750.00** |
| ACCT #: **x3498**<br><br>**The Commercial Bank**<br>**109 Moody Street**<br>**Mason, TX 76856** | | C | DATE INCURRED:<br>NATURE OF LIEN:<br>**Security Agreement**<br>COLLATERAL:<br>**various trucks**<br>REMARKS:<br>**Debtors personally guaranteed this loan for the Kothmann Family Limited Partnership which was the maker of the loan and pledged all it's assets to the bank.** | | | | **$191,200.00** | **$6,200.00** |
| | | | <br><br><br><br>VALUE:            **$185,000.00** | | | | | |
| | | | | | | | | |

Sheet no. _____**1**_____ of _____**1**_____ continuation sheets attached
to Schedule of Creditors Holding Secured Claims

| | | |
|---|---|---|
| Subtotal (Total of this Page) > | **$391,200.00** | **$53,950.00** |
| Total (Use only on last page) > | **$419,768.58** | **$56,085.58** |
| | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

B6E (Official Form 6E) (04/10)

In re  **Keesie H. Kothmann**                                    Case No.   **13-10337**
     **Ginger Lea Kothman**                                                    (If Known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

## TYPES OF PRIORITY CLAIMS    (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐ **Domestic Support Obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief.  11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(7).

☑ **Taxes and Certain Other Debts Owed to Governmental Units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507(a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance.  11 U.S.C. § 507(a)(10).

☐ **Administrative allowances under 11 U.S.C. Sec. 330**

Claims based on services rendered by the trustee, examiner, professional person, or attorney and by any paraprofessional person employed by such person as approved by the court and/or in accordance with 11 U.S.C. §§ 326, 328, 329 and 330.

*Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

_____1_____continuation sheets attached

B6E (Official Form 6E) (04/10) - Cont.

In re  **Keesie H. Kothmann**               Case No.  **13-10337**
    **Ginger Lea Kothman**                                    (If Known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

| TYPE OF PRIORITY | Taxes and Certain Other Debts Owed to Governmental Units |
|---|---|

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCT #:<br>**Internal Revenue Service**<br>**P. O. Box 7346**<br>**Philadelphia, PA 19101-7346** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**1040 Taxes**<br>REMARKS: | | | | **$0.00** | **$0.00** | **$0.00** |
| **Representing:**<br>**Internal Revenue Service** | | | **Internal Revenue Service**<br>**300 E. 8th St.**<br>**STOP 5022 AUS**<br>**Austin, TX 78701** | | | | **Notice Only** | **Notice Only** | **Notice Only** |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

Sheet no. _____**1**_____ of _____**1**_____ continuation sheets attached to Schedule of Creditors Holding Priority Claims

| | | |
|---|---|---|
| Subtotals (Totals of this page) > | **$0.00** | **$0.00** |

| | |
|---|---|
| Total ><br>(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | **$0.00** |

| | | |
|---|---|---|
| Totals ><br>(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | **$0.00** | **$0.00** |

B6F (Official Form 6F) (12/07)

In re **Keesie H. Kothmann**                                               Case No.  **13-10337**

      **Ginger Lea Kothman**                                                       (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **x2224**<br>**Austin Regional Clinic**<br>**P.O. Box 26726**<br>**Austin, TX 78755-0726** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Medical Services**<br>REMARKS: | | | | **$201.00** |
| **Representing:**<br>**Austin Regional Clinic** | | | **Merchants & Pro. Credit Bureau**<br>**5508 Parkcrest Dr., Ste. 210**<br>**Austin, TX  78731-4929** | | | | **Notice Only** |
| ACCT #:  **xxxx-xxxx-xx51-68**<br>**Bank of America**<br>**PO Box 15726**<br>**Wilmington, DE 19886-5726** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Deficiency Balance**<br>REMARKS: | | | | **$50,858.72** |
| **Representing:**<br>**Bank of America** | | | **American Coradius International, LLC**<br>**2420 Sweet Home Rd**<br>**Suite 150**<br>**Amherst, NY 14228-2244** | | | | **Notice Only** |
| ACCT #:  **5225**<br>**Bank of America**<br>**PO Box 15726**<br>**Wilmington, DE 19886-5726** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | **$10,700.62** |
| **Representing:**<br>**Bank of America** | | | **Creditors Financial Group**<br>**PO Box 440290**<br>**Aurora, CO 80044-0290** | | | | **Notice Only** |
| | | | | | Subtotal > | | **$61,760.34** |
| | | | | | Total ><br>(Use only on last page of the completed Schedule F.) | | |

_____**13**_____ continuation sheets attached

(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Keesie H. Kothmann**  
      **Ginger Lea Kothman**

Case No.  **13-10337**
(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **xxxxxxxxx5168**<br>**Bank of America**<br>**P.O. Box 851001**<br>**Dallas, TX 75285-1001** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Deficiency Balance**<br>REMARKS: | | | | **$48,677.84** |
| **Representing:**<br>**Bank of America** | | | **Allied International Credit**<br>**PO Box 1259**<br>**Oaks, PA 19456-1259** | | | | **Notice Only** |
| **Representing:**<br>**Bank of America** | | | **Sunrise Credit Services**<br>**P.O. Box 9100**<br>**Farmington, NY 11735-3946** | | | | **Notice Only** |
| ACCT #:  **x9202**<br>**Bank of America**<br>**PO Box 15726**<br>**Wilmington, DE 19886-5726** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Loan**<br>REMARKS: | | | | **$1,672.00** |
| ACCT #:  **xxx7076**<br>**Blacktopper Technology, Inc.**<br>**c/o: Mr. Josh Cox**<br>**1005 4th Street**<br>**Blanco, TX 78606** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Judgment**<br>REMARKS: | | | | **$155,868.04** |
| **Representing:**<br>**Blacktopper Technology, Inc.** | | | **Lee Elms**<br>**Elms Harmon Macchia, LLC**<br>**2702 Treble Creek**<br>**San Antonio, TX 78258** | | | | **Notice Only** |

Sheet no. ____1____ of ____13____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >  **$206,217.88**

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Keesie H. Kothmann**                                    Case No.  **13-10337**
       **Ginger Lea Kothman**                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #: **xxx7072** <br> **Blacktopper Technology, Inc.** <br> **c/o: Mr. Josh Cox** <br> **1005 4th Street** <br> **Blanco, TX 78606** | | C | DATE INCURRED: <br> CONSIDERATION: <br> **Judgment** <br> REMARKS: | | | | **$78,223.94** |
| **Representing:** <br> **Blacktopper Technology, Inc.** | | | **Lee Elms** <br> **Elms Harmon Macchia, LLC** <br> **2702 Treble Creek** <br> **San Antonio, TX 78258** | | | | **Notice Only** |
| ACCT #: <br> **Bounds Chatelain & Pharr, P.C.** <br> **6750 Balcones Drive** <br> **Austin, TX 78731** | | C | DATE INCURRED: <br> CONSIDERATION: <br> **Services provided** <br> REMARKS: | | | | **$4,897.20** |
| ACCT #: **xxxx0595** <br> **Capital One** <br> **PO Box 5253** <br> **Carol Stream, IL 60197** | | C | DATE INCURRED: <br> CONSIDERATION: <br> **Credit Card** <br> REMARKS: | | | | **$925.00** |
| ACCT #: **xxxx9701** <br> **Capital One** <br> **PO Box 5253** <br> **Carol Stream, IL 60197** | | C | DATE INCURRED: <br> CONSIDERATION: <br> **Credit Card** <br> REMARKS: | | | | **$1,119.00** |
| ACCT #: **xxxx-x0775** <br> **Cemex Construction Materials South** <br> **2901 W. Sam Houston Parkway North** <br> **Suite E300** <br> **Houston, TX 77043** | | C | DATE INCURRED: <br> CONSIDERATION: <br> **Abstract of Judgment** <br> REMARKS: | | | | **$15,000.00** |

Sheet no. ___2___ of ___13___ continuation sheets attached to                        Subtotal >   **$100,165.14**
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                                      Total >
                                              (Use only on last page of the completed Schedule F.)
                                        (Report also on Summary of Schedules and, if applicable, on the
                                         Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re    **Keesie H. Kothmann**             Case No.    **13-10337**
        **Ginger Lea Kothman**                             (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **Representing:** **Cemex Construction Materials South** | | | **Ben L. Aderholt** **Looper, Reed & McGraw, P.C.** **1300 Post Oak Blvd., Suite 2000** **Houston, TX 77056** | | | | **Notice Only** |
| ACCT #:   **xxx-xxxx0418** **Chase Bank** **Bankruptcy Dept.** **P.O. Box 36520** **Louisville, KY 40233-6520** | C | | DATE INCURRED: CONSIDERATION: **Business Loan** REMARKS: | | | | $11,585.65 |
| **Representing:** **Chase Bank** | | | **FMA Alliance, Ltd.** **12339 Cutten Road** **Houston, TX 77066** | | | | **Notice Only** |
| **Representing:** **Chase Bank** | | | **Tate & Kirlin Associates** **2810 Southampton Road** **Philadelphia, PA 19154** | | | | **Notice Only** |
| ACCT #:   **xxxxxxxxx0709** **Chase Bank Card Services** **201 N. Walnut St., 2nd Floor** **Wilmington, DE 19801-2901** | C | | DATE INCURRED: CONSIDERATION: **Credit Card** REMARKS: | | | | $625.03 |
| ACCT #:   **xxxxxx4814** **Colonial County Mutual Insurance** **One Geico Plaza** **Bethesda, MD 20811-0001** | C | | DATE INCURRED: CONSIDERATION: **Insurance Premium** REMARKS: | | | | $194.84 |

Sheet no. _____ **3** _____ of _____ **13** _____ continuation sheets attached to           **Subtotal >**      **$12,405.52**
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                    **Total >**
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re **Keesie H. Kothmann**
    **Ginger Lea Kothman**

Case No. **13-10337** _____
             (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #: **xxxxxxx2155**<br>**Cooks Childrens**<br>**P.O. Box 9044**<br>**Belfast, ME 04915-9044** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Medical Services**<br>REMARKS: | | | | $300.99 |
| ACCT #: **xxxxxxxx0081**<br>**Cooks Medical Center**<br>**P.O. Box 961527**<br>**Ft. Worth, TX 76161-0257** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Medical Services**<br>REMARKS: | | | | $3,561.74 |
| ACCT #: **xxxxxxx / xxxx9705**<br>**DECA Financial Services, LLC**<br>**P.O. Box 10**<br>**Linden, MI 43451-0010** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Tolls**<br>REMARKS: | | | | $959.32 |
| ACCT #: **xxxxxxxxxx-xx9 / 008**<br>**Dell Financial Services**<br>**P.O. Box 81577**<br>**Austin, TX 78708-1577** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Lease**<br>REMARKS: | | | | $1,838.32 |
| ACCT #: **xxxx-xxxx-xxxx-0474**<br>**Discover Card**<br>**Attn: Bankruptcy Dept.**<br>**P.O. Box 30943**<br>**Salt Lake City, UT 84130** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | $16,130.15 |
| **Representing:**<br>**Discover Card** | | | **Michael J. Scott, P.C.**<br>**1120 Metrocrest Drive, Suite 199**<br>**Carrollton, TX 75006** | | | | **Notice Only** |

Sheet no. ____4____ of ____13____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

        Subtotal > **$22,790.52**

Total >
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Keesie H. Kothmann**  Case No. **13-10337**
**Ginger Lea Kothman**  ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯
(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **Representing: Discover Card** | | | Richard Boudreau, Attorney 6 Manor Pkwy Salem, NH 03079-2841 | | | | **Notice Only** |
| **Representing: Discover Card** | | | United Recovery Systems, Inc. 5800 North Course Dr. Houston, TX 77072 | | | | **Notice Only** |
| ACCT #: **xxxxxxxx2193** **Educational Employees FCU P.O. Box 5242 Fresno, CA 93755** | C | | DATE INCURRED: CONSIDERATION: **Credit Card** REMARKS: | | | | **$3,454.00** |
| ACCT #: **xx.xxx. - xxxious** **Eric J.W. Visser, P.C. 2802 Flintrock Trace, Suite 280 Austin, TX 78738** | C | | DATE INCURRED: CONSIDERATION: **Legal Fees** REMARKS: | | | | **$57,513.75** |
| ACCT #: **Fleetcor 5445 Triangle Parkway, Suite 400 Norcross, GA 30092 USA** | C | | DATE INCURRED: CONSIDERATION: **Revolving charge** REMARKS: | | | | **$2,889.42** |
| **Representing: Fleetcor** | | | Pentagroup Financial, LLC 5959 Corporate Drive, Suite 1400 Houston, TX 77036 | | | | **Notice Only** |

Sheet no. ___**5**___ of ___**13**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >  **$63,857.17**

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Keesie H. Kothmann**           Case No.  **13-10337**
      **Ginger Lea Kothman**                         (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #: **xx0589** <br> **Greenberg, Grant & Richards, Inc.** <br> **5858 Westheimer Rd., Suite 500** <br> **Houston, TX 77057** | | C | DATE INCURRED: <br> CONSIDERATION: <br> **Attorney Fees** <br> REMARKS: | | | | $3,741.94 |
| ACCT #: **xxxxxxxxxxxxx7028** <br> **HSBC Card Services** <br> **PO Box 49352** <br> **San Jose, CA 95161-9352** | | C | DATE INCURRED: <br> CONSIDERATION: <br> **Credit Card** <br> REMARKS: | | | | $10,988.24 |
| **Representing:** <br> **HSBC Card Services** | | | **P & B Capital Group, LLC** <br> **369 Washington Street, Suite 100** <br> **Buffalo, NY 14203-2118** | | | | Notice Only |
| ACCT #: **xx7229** <br> **James Rivers Insurance Company** <br> **PO Box 27648** <br> **Richmond, VA 23261-7648** | | C | DATE INCURRED: <br> CONSIDERATION: <br> **Insurance Premium** <br> REMARKS: | | | | $5,000.00 |
| **Representing:** <br> **James Rivers Insurance Company** | | | **Benuck & Rainey, Inc.** <br> **221 Old Concord Turnpike** <br> **Barringtn, NH 03825** | | | | Notice Only |
| ACCT #: **x4411** <br> **Johns Community Hospital** <br> **305 Mallard Lane** <br> **Taylor, TX 76574** | | C | DATE INCURRED: <br> CONSIDERATION: <br> **Medical Services** <br> REMARKS: | | | | $1,184.00 |

Sheet no. _____**6**_____ of _____**13**_____ continuation sheets attached to                  **Subtotal >**          **$20,914.18**
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                  **Total >**
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Keesie H. Kothmann**           Case No.  **13-10337**
      **Ginger Lea Kothman**                         (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **Representing:** <br> **Johns Community Hospital** | | | **Merchants & Pro. Credit Bureau** <br> **5508 Parkcrest Dr., Ste. 210** <br> **Austin, TX  78731-4929** | | | | **Notice Only** |
| ACCT #:  **xxxxx6216** <br> **Kazlow & Fields** <br> **8100 Sandpiper Circle, Suite 204** <br> **Baltimore, MD 321236** | C | | DATE INCURRED: <br> CONSIDERATION: <br> **Insurance** <br> REMARKS: | | | | **$14,000.00** |
| ACCT #:  **xxxxxx7-001** <br> **M.A.R.S., Inc.** <br> **P.O. Box 470910** <br> **Tulsa, OK 74147-0910** | C | | DATE INCURRED: <br> CONSIDERATION: <br> **Rental Charges** <br> REMARKS: | | | | **$29,768.42** |
| ACCT #:  **xxxious** <br> **Municipal Services Bureau** <br> **P.O. Box 16755** <br> **Austin, TX 78761-6755** | C | | DATE INCURRED: <br> CONSIDERATION: <br> **Tolls** <br> REMARKS: | | | | **$4,367.89** |
| **Representing:** <br> **Municipal Services Bureau** | | | **NCO Financial Systems** <br> **P.O. Box 15109** <br> **Wilmington, DE 19850-5109** | | | | **Notice Only** |
| **Representing:** <br> **Municipal Services Bureau** | | | **Texas Tollways** <br> **12719 Burnet Rd** <br> **Austin, TX 78727** | | | | **Notice Only** |

Sheet no. ___**7**___ of ___**13**___ continuation sheets attached to          Subtotal >   **$48,136.31**
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                              Total >
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re **Keesie H. Kothmann**       Case No. **13-10337**
  **Ginger Lea Kothman**          (if known)

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **xxxxx0045**<br>**N Line Traffic Maintenance**<br>**9519 E Highway 290**<br>**Austin, TX78724-2315** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Judgment**<br>REMARKS: | | | | **$5,329.00** |
| ACCT #:  **xxxxx1037**<br>**Office of the Attorney General**<br>**Transportation Division**<br>**P.O. Box 12548**<br>**Austin, TX 78711-2548** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Overpayment**<br>REMARKS: | | | | **$1,108.77** |
| ACCT #:  **xxxx-x3200**<br>**People's United Equipment Finance Corp.**<br>**1300 Post Oak Blvd, Suite 1300**<br>**Houston, TX 77056** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Judgment**<br>REMARKS: | | | | **$300,000.00** |
| **Representing:**<br>**People's United Equipment Finance Corp.** | | | **Douglas R. Little**<br>**Attorney at Law**<br>**1415 Louisiana St, 37th Floor**<br>**Houston, TX 77002** | | | | **Notice Only** |
| **Representing:**<br>**People's United Equipment Finance Corp.** | | | **Eric J. W. Visser, P.C.**<br>**2802 Flintrock Trace, Suite 280**<br>**Austin, TX 78738** | | | | **Notice Only** |
| **Representing:**<br>**People's United Equipment Finance Corp.** | | | **Robert Grawl, Jr.**<br>**Assitant General Counsel**<br>**1300 Post Oak Blvd., Ste. 1300**<br>**Houston, TX  77056** | | | | **Notice Only** |

Sheet no. _____**8**_____ of _____**13**_____ continuation sheets attached to      Subtotal >   **$306,437.77**
Schedule of Creditors Holding Unsecured Nonpriority Claims

                            Total >
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Keesie H. Kothmann**  Case No. **13-10337**
       **Ginger Lea Kothman**  (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **xxxxxxxxxTC-RA**<br>**Radiology Association of Tarrant County**<br>**P.O. Box 1723**<br>**Indianapolis, IN 46206-1723** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Medical Services**<br>REMARKS: | | | | $22.00 |
| ACCT #:  **xx4135**<br>**Sam's Club**<br>**Credit Card Bank of Georgia**<br>**PO Box 103036**<br>**Roswell, GA 30076** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Revolving charge**<br>REMARKS: | | | | $1,455.79 |
| **Representing:**<br>**Sam's Club** | | | **Monarch Recovery Management, Inc.**<br>**PO Box 21089**<br>**Philadelphia, PA 19114-0589** | | | | Notice Only |
| ACCT #:  **xxxxxx / xx3439**<br>**Scott & White**<br>**P.O. Box 840646**<br>**Dallas, TX 75284-0646** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Medical Services**<br>REMARKS: | | | | $3,187.11 |
| ACCT #:  **9321**<br>**Seton Medical Center**<br>**1201 W. 38th St**<br>**Austin, TX 78705** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Medical Services**<br>REMARKS: | | | | $657.00 |
| **Representing:**<br>**Seton Medical Center** | | | **I.C. System, Inc.**<br>**444 Hwy 96 East**<br>**PO Box 64378**<br>**St. Paul, MN 55164** | | | | Notice Only |

Sheet no. ____9____ of ____13____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >  $5,321.90

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re **Keesie H. Kothmann**        Case No. **13-10337** _____
     **Ginger Lea Kothman**                               (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**Southwest Galvanizing, Inc.**<br>**P.O. Box 4411**<br>**Houston, TX 77210-8411** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Business Debt**<br>REMARKS: | | | | **$12,624.25** |
| **Representing:**<br>**Southwest Galvanizing, Inc.** | | | **Griffin & Matthews**<br>**1155 Dairy Ashford, Suite 300**<br>**Houston, TX 77079** | | | | **Notice Only** |
| ACCT #:<br>**Steel Materials**<br>**301 Industrial Park Rd NE**<br>**Cartersville, GA** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Materials**<br>REMARKS: | | | | **$1,269.99** |
| **Representing:**<br>**Steel Materials** | | | **RSS**<br>**13730 Avenue K**<br>**Austin, TX 78728** | | | | **Notice Only** |
| ACCT #: **x-x-xx-xx-xx1176**<br>**SureTec Insurance Company**<br>**9737 Great Hills Trail, Suite320**<br>**Austin, TX 78759** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Judgment**<br>REMARKS: | | | | **$627,575.69** |
| **Representing:**<br>**SureTec Insurance Company** | | | **Winstead, PC**<br>**401 Congress Ave. Suite 2100**<br>**Austin, TX 78701** | | | | **Notice Only** |

Sheet no. ___**10**___ of ___**13**___ continuation sheets attached to          Subtotal >    **$641,469.93**
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                           Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re **Keesie H. Kothmann**          Case No.   **13-10337**
       **Ginger Lea Kothman**                                       (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #: **xxxxxxxx0573**<br>**Texas Diabetes Endocrinology**<br>**6500 N. Mopac, Bldg. 3, Ste. 200**<br>**Austin, TX 78731** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Medical Services**<br>REMARKS: | | | | $130.00 |
| **Representing:**<br>**Texas Diabetes Endocrinology** | | | **Financial Control Services**<br>**P.O. Box 21626**<br>**Waco, TX 76702** | | | | **Notice Only** |
| ACCT #: **x0840**<br>**Texas medicine Resources**<br>**6451 Brentwood Stair Rd Suite 200**<br>**Fort Worth, TX 76112** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Medical Services**<br>REMARKS: | | | | $523.00 |
| **Representing:**<br>**Texas medicine Resources** | | | **United Revenue Corp.**<br>**204 Billings, Suite 120**<br>**Arlington, TX 78010** | | | | **Notice Only** |
| ACCT #: **xxxx5630**<br>**Texas Tollways**<br>**12719 Burnet Rd**<br>**Austin, TX 78727** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Tolls**<br>REMARKS: | | | | $5.60 |
| ACCT #:<br>**Texas Welding Supply Co.**<br>**4705 Commercial Park Dr.**<br>**Austin, TX 78724** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Supplies**<br>REMARKS: | | | | $1,342.20 |

Sheet no. _____**11**_____ of _____**13**_____ continuation sheets attached to             Subtotal >    | $2,000.80 |
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                Total >
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Keesie H. Kothmann**  
       **Ginger Lea Kothman**

Case No.  **13-10337**  
         (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #: **x3522**<br>**Tiki Trucking, LP**<br>**100 E. Whitestone Blvd.**<br>**Suite 148, PMB 362**<br>**Cedar Park, TX 78613-6902** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Business Debt**<br>REMARKS: | | | | **$287.50** |
| ACCT #: **xxxxxxxx-xxxxxxx-L501**<br>**Travelers Insurance**<br>**One Tower Square**<br>**Hartford, CT 06183-1001** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Insurance Premium**<br>REMARKS: | | | | **$2,705.08** |
| **Representing:**<br>**Travelers Insurance** | | | **R M S**<br>**77 Hartland Street, Suite 401**<br>**P.O. Box 280410**<br>**East Hartford, CT 06108-0431** | | | | **Notice Only** |
| ACCT #: **xxxxMLTD**<br>**USI Insurance Services, LLC**<br>**P.O. box 3716**<br>**Norfolk, VA 23514-3716** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Insurance**<br>REMARKS: | | | | **$35,473.00** |
| ACCT #: **xxxxxx3482**<br>**Verison Wireless**<br>**PO Box 3397**<br>**Bloomington, IL 61702-3397** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Services provided**<br>REMARKS: | | | | **$4,614.69** |
| ACCT #: **xxxx-xx-x0226**<br>**Vulcan Construction Materials, LP**<br>**c/o: Mr. Lee McCarty**<br>**P.O. Box 791550**<br>**San Antonio, TX 78279** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Judgment**<br>REMARKS: | | | | **$24,151.58** |

Sheet no. **12** of **13** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal > **$67,231.85**

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re    **Keesie H. Kothmann**
         **Ginger Lea Kothman**

Case No. **13-10337** _____
                    (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **Representing:** **Vulcan Construction Materials, LP** | | | Lee Elms **Elms Harmon Macchia, LLC** **2702 Treble Creek** **San Antonio, TX 78258** | | | | **Notice Only** |
| ACCT #:  **xxxx5200** **Warren Cat** **P.O. Box 842116** **Dallas, TX 74147-0910** | C | | DATE INCURRED: CONSIDERATION: **Rental** REMARKS: | | | | **$28,857.70** |
| ACCT #:  **xx3851** **Yellowhouse Machinery Co.** **P.O. Box 31388** **Amarillo, TX 79120** | C | | DATE INCURRED: CONSIDERATION: **Finance Charges** REMARKS: | | | | **$4,086.13** |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

Sheet no. ___**13**___ of ___**13**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal > | **$32,943.83** |
| Total > | **$1,591,653.14** |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6G (Official Form 6G) (12/07)

In re **Keesie H. Kothmann**                                    Case No.  **13-10337**
      **Ginger Lea Kothman**                                                            (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.
State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc.  State whether debtor is the lessor or lessee of a lease.
Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to
one of the leases of contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a
minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☑  Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
|  |  |

03/20/2013 12:12:43pm

B6H (Official Form 6H) (12/07)

In re  **Keesie H. Kothmann**                                              Case No.  **13-10337**
      **Ginger Lea Kothman**                                                   (if known)

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☑  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | |

03/20/2013 12:12:44pm

B6I (Official Form 6I) (12/07)

In re  **Keesie H. Kothmann**                     Case No.  **13-10337**
      **Ginger Lea Kothman**                                    (if known)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.  Do not state the name of any minor child.  The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | Dependents of Debtor and Spouse | | | |
|---|---|---|---|---|
| **Married** | Relationship(s):  Son<br>              Son | Age(s):  17<br>15 | Relationship(s): | Age(s): |

| Employment: | Debtor | Spouse |
|---|---|---|
| Occupation | Sales Superintendent | Bookkeeper |
| Name of Employer | 3LW Management | 3LW Management |
| How Long Employed | | |
| Address of Employer | P. O. Box 417<br>Thorndale, TX  76577 | P. O. Box 417<br>Thorndale, TX  76577 |

| INCOME:  (Estimate of average or projected monthly income at time case filed) | DEBTOR | SPOUSE |
|---|---|---|
| 1.   Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $0.00 | $0.00 |
| 2.   Estimate monthly overtime | $0.00 | $0.00 |
| 3.   SUBTOTAL | $0.00 | $0.00 |
| 4.   LESS PAYROLL DEDUCTIONS | | |
|      a. Payroll taxes (includes social security tax if b. is zero) | $0.00 | $0.00 |
|      b. Social Security Tax | $0.00 | $0.00 |
|      c. Medicare | $0.00 | $0.00 |
|      d. Insurance | $0.00 | $0.00 |
|      e. Union dues | $0.00 | $0.00 |
|      f. Retirement | $0.00 | $0.00 |
|      g. Other (Specify) _____ | $0.00 | $0.00 |
|      h. Other (Specify) _____ | $0.00 | $0.00 |
|      i. Other (Specify) _____ | $0.00 | $0.00 |
|      j. Other (Specify) _____ | $0.00 | $0.00 |
|      k. Other (Specify) _____ | $0.00 | $0.00 |
| 5.   SUBTOTAL OF PAYROLL DEDUCTIONS | $0.00 | $0.00 |
| 6.   TOTAL NET MONTHLY TAKE HOME PAY | $0.00 | $0.00 |
| 7.   Regular income from operation of business or profession or farm (Attach detailed stmt) | $0.00 | $0.00 |
| 8.   Income from real property | $0.00 | $0.00 |
| 9.   Interest and dividends | $0.00 | $0.00 |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or<br>     that of dependents listed above | $0.00 | $0.00 |
| 11. Social security or government assistance (Specify): _____ | $0.00 | $0.00 |
| 12. Pension or retirement income | $0.00 | $0.00 |
| 13. Other monthly income (Specify): | | |
|      a. Average amount of bills paid by employer _____ | $6,811.52 | $0.00 |
|      b._____ | $0.00 | $0.00 |
|      c._____ | $0.00 | $0.00 |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $6,811.52 | $0.00 |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $6,811.52 | $0.00 |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | $6,811.52 | |

(Report also on Summary of Schedules and, if applicable,
on Statistical Summary of Certain Liabilities and Related Data)

17.  Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:
**None.**

B6J (Official Form 6J) (12/07)

| IN RE: | **Keesie H. Kothmann** | Case No. | **13-10337** |
|---|---|---|---|
| | **Ginger Lea Kothman** | | (if known) |

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | |
|---|---|
| 1. Rent or home mortgage payment (include lot rented for mobile home)<br>  a. Are real estate taxes included? ☑ Yes ☐ No<br>  b. Is property insurance included? ☑ Yes ☐ No | |
| 2. Utilities:  a. Electricity and heating fuel | $278.00 |
|   b. Water and sewer | $150.00 |
|   c. Telephone | |
|   d. Other:  Cable TV - Internet | $170.00 |
| 3. Home maintenance (repairs and upkeep) | $200.00 |
| 4. Food | $700.00 |
| 5. Clothing | $100.00 |
| 6. Laundry and dry cleaning | $70.00 |
| 7. Medical and dental expenses | $346.00 |
| 8. Transportation (not including car payments) | $2,250.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $125.00 |
| 10. Charitable contributions | |
| 11. Insurance (not deducted from wages or included in home mortgage payments)<br>   a. Homeowner's or renter's | $457.00 |
|   b. Life | |
|   c. Health | |
|   d. Auto | $325.00 |
|   e. Other: | |
| 12. Taxes (not deducted from wages or included in home mortgage payments)<br>Specify: Property Taxes | $974.35 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan)<br>   a. Auto:  Car Payment | $466.17 |
|   b. Other: | |
|   c. Other: | |
|   d. Other: | |
| 14. Alimony, maintenance, and support paid to others: | |
| 15. Payments for support of add'l dependents not living at your home: | |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | |
| 17.a. Other: See attached personal expenses | $200.00 |
| 17.b. Other: | |
| **18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and,<br> if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)** | **$6,811.52** |
| 19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document: **Debtors pay for all of their living expenses with American Express and their employer pays the bill every month as compensation.** | |

20. STATEMENT OF MONTHLY NET INCOME

| | |
|---|---|
| a. Average monthly income from Line 15 of Schedule I | $6,811.52 |
| b. Average monthly expenses from Line 18 above | $6,811.52 |
| c. Monthly net income (a. minus b.) | $0.00 |

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

IN RE:   **Keesie H. Kothmann**
**Ginger Lea Kothman**

CASE NO   **13-10337**

CHAPTER   **7**

## EXHIBIT TO SCHEDULE J

## Itemized Personal Expenses

| Expense | Amount |
|---|---:|
| School Lunches | **$100.00** |
| School Activities | **$50.00** |
| Septic | **$50.00** |
| **Total >** | **$200.00** |

B6 Summary (Official Form 6 - Summary) (12/07)

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

In re  **Keesie H. Kothmann**
     **Ginger Lea Kothman**

Case No.   **13-10337**

Chapter   **7**

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets.  Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities.  Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $683,580.00 | | |
| B - Personal Property | Yes | 12 | $425,825.33 | | |
| C - Property Claimed as Exempt | Yes | 10 | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | $419,768.58 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | $0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 14 | | $1,591,653.14 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | $6,811.52 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 2 | | | $6,811.52 |
| | TOTAL | 46 | $1,109,405.33 | $2,011,421.72 | |

Form 6 - Statistical Summary (12/07)

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

In re **Keesie H. Kothmann**
**Ginger Lea Kothman**

Case No. **13-10337**

Chapter **7**

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11, or 13, you must report all information requested below.

☑ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6 Declaration (Official Form 6 - Declaration) (12/07)

In re  **Keesie H. Kothmann**                                    Case No.  **13-10337**
       **Ginger Lea Kothman**                                                    (if known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ **48** _____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.


Date  **3/20/2013**                                    Signature  **/s/ Keesie H. Kothmann**
                                                                   *Keesie H. Kothmann*


Date  **3/20/2013**                                    Signature  **/s/ Ginger Lea Kothman**
                                                                   *Ginger Lea Kothman*
                                                       [If joint case, both spouses must sign.]

_____

*Penalty for making a false statement or concealing property:  Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 and 3571.*

B7 (Official Form 7) (12/12)

## UNITED STATES BANKRUPTCY COURT
### WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

In re:  **Keesie H. Kothmann**                                        Case No.  **13-10337** _____
          **Ginger Lea Kothman**                                                      (if known)

## STATEMENT OF FINANCIAL AFFAIRS

---

**None**
☐

### 1. Income from employment or operation of business

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the TWO YEARS immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$38,391.87** | **2013 YTD Income from employment. Debtors do not receive compensation from 3LW. 3LW pays their American Express bill each month as compensation. The bill includes both personal and reimbursable business expenses. Amount shown reflects total amount paid to Debtors by 3LW since Jan. 1, 2013.** |
| | **2012 Gross Income per tax return** |
| **$0.00** | **2011 Gross Income per tax return. Net loss of <$2,183,610.00>** |

---

**None**
☑

### 2. Income other than from employment or operation of business

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the TWO YEARS immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

### 3. Payments to creditors

***Complete a. or b., as appropriate, and c.***

**None**
☐

a.  Individual or joint debtor(s) with primarily consumer debts: List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within 90 DAYS immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| A+ F.C.U.<br>P.O. Box 14867<br>Austin, TX 78761-4867 | Monthly<br>(Last 90 days) | $466.17 | $12,414.00 |
| Chase Automotive Finance<br>National Bankruptcy Dept.<br>PO BOX 29505<br>AZ1-1191<br>Phoenix, AZ 85038 | Monthly<br>(Last 90 days) | $462.98 | $4,996.79 |
| Ally Financial<br>PO Box 130424<br>Roseville, MN 55113 | Monthly<br>(Last 90 days) | $392.59 | $3,787.18 |
| Ally Financial<br>PO Box 130424<br>Roseville, MN 55113 | Monthly<br>(Last 90 days) | $400.68 | $7,370.61 |

03/20/2013 12:12:44pm

B7 (Official Form 7) (12/12) - Cont.

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

In re:  **Keesie H. Kothmann**                          Case No.  **13-10337** _____
         **Ginger Lea Kothman**                                    (if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 1*

---

None
☑ b.  Debtor whose debts are not primarily consumer debts:  List each payment or other transfer to any creditor made within 90 DAYS immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

---

None
☑ c.  All debtors:  List all payments made within ONE YEAR immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

None
☐ **4. Suits and administrative proceedings, executions, garnishments and attachments**

a.  List all suits and administrative proceedings to which the debtor is or was a party within ONE YEAR immediately preceding the filing of this bankruptcy case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Cause No. D-1-GN-11-001176 Suretec Insurance Corporation v. Kothmann, Ltd; Kothmann Management, LLC; Mann Contractors, Ltd; Mason Steel Co., LLC; Probid, Inc; Keesie Kothmann and Ginger Kothmann** | **Suit for debt** | **In the District Court of Travis County, Texas, 419th Judicial District** | **Agreed Final Judgment** |
| **Cause No. 2010-83200 People's United Equipment Finance Corp. v. Mason Streel Co., LLC; Mann Contractors LTD., Mann Contractors GP, LLC; Kothmann, Ltd.,; Kothmann Management, LLC, keesie Kothmann and Ginger Kothmann** | **suit for debt** | **In the District Court of Harris County, Texas, 33rd Judicial District** | **Agreed Final Judgment** |
| **Cause No. 2011-10775 Cemex Construction Materials South, LLC v. Mann Contractors LTD, Et al** | **Suit for debt** | **In the District Court of Harris County, Texas, 157th Judicial District** | **Abstract of Judgment** |
| **Cause No. CV07076 Blacktopper Technology, Inc. v. Mann Contractors LDT., Mann Contractors GP, LLC and Keesie Kothmann, Individually** | **suit for debt** | **424th Judicial District Court of Blanco County, Texas** | **Abstract of Judgment** |

B7 (Official Form 7) (12/12) - Cont.

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

In re:   Keesie H. Kothmann                                          Case No.   **13-10337**
         Ginger Lea Kothman                                                                 (if known)


# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 2*


| | | | |
|---|---|---|---|
| **Cause No. CV07076**<br>**Blacktopper Technology, Inc. v.**<br>**Mann Contractors LDT., Mann**<br>**Contractors GP, LLC and Keesie**<br>**Kothmann, Individually** | Suit for debt | **424th Judicial District**<br>**Court of Blanco County,**<br>**Texas** | **Abstract of Judgment** |
| **Cause No. 2010-C1-20228**<br>**Vulcan Construction Materials,**<br>**LP v. Keesie Kothmann, et al** | Suit for debt | | **Abstract of Judgment** |
| **Cause No. 4SC090045**<br>**In Line Traffic Maintenance v.**<br>**Keese Kothmann, et al** | suit for debt | **Williamson County** | **Judgment** |

---

None ☑  b.  Describe all property that has been attached, garnished or seized under any legal or equitable process within ONE YEAR immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

## 5. Repossessions, foreclosures and returns

None ☑  List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within ONE YEAR immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

## 6. Assignments and receiverships

None ☑  a.  Describe any assignment of property for the benefit of creditors made within 120 DAYS immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

None ☑  b.  List all property which has been in the hands of a custodian, receiver, or court-appointed official within ONE YEAR immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

## 7. Gifts

None ☑  List all gifts or charitable contributions made within ONE YEAR immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

## 8. Losses

None ☑  List all losses from fire, theft, other casualty or gambling within ONE YEAR immediately preceding the commencement of this case OR SINCE THE COMMENCEMENT OF THIS CASE. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

B7 (Official Form 7) (12/12) - Cont.

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

In re:  **Keesie H. Kothmann**       Case No.   **13-10337** _____
      **Ginger Lea Kothman**                                              (if known)

## STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 3*

---

#### 9. Payments related to debt counseling or bankruptcy

None ☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within ONE YEAR immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| The Law Offices of Douglas J. Powell, P. 820 West 10th Street Austin, TX 78701 | 02/26/2013 | $5,000.00 (Includes $306.00 filing fee) |

---

#### 10. Other transfers

None ☑

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within TWO YEARS immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

None ☑

b. List all property transferred by the debtor within TEN YEARS immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

---

#### 11. Closed financial accounts

None ☐

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within ONE YEAR immediately preceding the commencement of this case.  Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| The Commercial Bank | Checking Acct. 9126 | Closed 10-1-11 $0.00 |
| The Commercial Bank | Checking account 0739 | Closed 10-1-11 $0.00 |
| The Commercial Bank | Checking account 5177 | Closed 10-4-12 $0.00 |
| The Commercial Bank | Checking account 0733 | Closed 3/1/12 $0.00 |

---

#### 12. Safe deposit boxes

None ☑

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within ONE YEAR immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

B7 (Official Form 7) (12/12) - Cont.

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

In re:   **Keesie H. Kothmann**                                   Case No.   **13-10337** _____
         **Ginger Lea Kothman**                                                    (if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 4*

---

### 13. Setoffs

None ☑

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 DAYS preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

### 14. Property held for another person

None ☑

List all property owned by another person that the debtor holds or controls.

---

### 15. Prior address of debtor

None ☑

If the debtor has moved within THREE YEARS immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case.  If a joint petition is filed, report also any separate address of either spouse.

---

### 16. Spouses and Former Spouses

None ☑

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within EIGHT YEARS immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

---

### 17. Environmental Information

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

---

None ☑

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law.  Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

---

None ☑

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

---

None ☑

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party.  Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

B7 (Official Form 7) (12/12) - Cont.

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

In re:  **Keesie H. Kothmann**
**Ginger Lea Kothman**

Case No.  **13-10337** _____

(if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 5*

---

None ☐

### 18. Nature, location and name of business

a.  If the debtor is an individual, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within SIX YEARS immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within SIX YEARS immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within SIX YEARS immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within SIX YEARS immediately preceding the commencement of this case.

| NAME, ADDRESS, AND LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN) / COMPLETE EIN | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|
| **Kothmann, Ltd., Kothmann Management, LLC as general partner of Kothman, Ltd. FEIN# 75-2525658** | **contractor** | **1/1/2001 - present. No longer doing business as Kothmann, Ltd, but not yet dissolved.** |
| **Lange Construction Company, Inc. Charter No. 0 1302415-00** | **Construction** | **Began as assumed dba n 1991 and Incorporated on February 22, 1994. Company went thorugh a name change where all assets and liabilities were transferred to Kothmann, Ltd. 1/1/2001** |
| **Mason Streel Company, LLC FEIN 1 2027281026** | **Manufacturing** | **2005 - present. Company has ceased doing business but is not yet dissolved.** |
| **Mann Contractors, Ltd. FEN 20-3061495 Mann Contractors, GP, LLC as a general Partner of Mann Contractors, Ltd. FEN 280-05099 17** | **Construction** | **formed July 31, 2005 - present. Company is no longer doing business, but has not dissolved the Corporation** |
| **MS Supply, LLC - Material Sales EIN 20-5300455** | **Sales** | **July 12, 2006 - present** |

---

None ☑

b.  Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

B7 (Official Form 7) (12/12) - Cont.

## UNITED STATES BANKRUPTCY COURT
### WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

In re:   **Keesie H. Kothmann**                                        Case No.   **13-10337** _____
         **Ginger Lea Kothman**                                                              (if known)

## STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 6*

---

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within SIX YEARS immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

(An individual or joint debtor should complete this portion of the statement ONLY if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case.  A debtor who has not been in business within those six years should go directly to the signature page.)

---

### 19. Books, records and financial statements

None ☐

a. List all bookkeepers and accountants who within TWO YEARS immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

**NAME AND ADDRESS**                          **DATES SERVICES RENDERED**

**Terry Lee Wallace, C.P.A.**                 **2008 or 2009 to present**
**Wallace Consulting**
**3320 FM 3405**
**Georgetown, TX  78633-4064**

---

None ☑

b. List all firms or individuals who within TWO YEARS immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

---

None ☑

c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor.  If any of the books of account and records are not available, explain.

---

None ☑

d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within TWO YEARS immediately preceding the commencement of this case.

---

### 20. Inventories

None ☑

a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

---

None ☑

b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

---

### 21. Current Partners, Officers, Directors and Shareholders

None ☑

a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

---

None ☑

b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

---

### 22. Former partners, officers, directors and shareholders

None ☑

a. If the debtor is a partnership, list each member who withdrew from the partnership within ONE YEAR immediately preceding the commencement of this case.

B7 (Official Form 7) (12/12) - Cont.

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

In re: **Keesie H. Kothmann**          Case No. **13-10337** _____
**Ginger Lea Kothman**                          (if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 7*

None ☑ b. If the debtor is a corporation, list all officers or directors whose relationship with the corporation terminated within ONE YEAR immediately preceding the commencement of this case.

**23. Withdrawals from a partnership or distributions by a corporation**

None ☑ If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during ONE YEAR immediately preceding the commencement of this case.

**24. Tax Consolidation Group**

None ☑ If the debtor is a corporation, list the name and federal taxpayer-identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within SIX YEARS immediately preceding the commencement of the case.

**25. Pension Funds**

None ☑ If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within SIX YEARS immediately preceding the commencement of the case.

03/20/2013 12:12:45pm

B7 (Official Form 7) (12/12) - Cont.

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

In re:  **Keesie H. Kothmann**                                        Case No.  **13-10337** _____
        **Ginger Lea Kothman**                                                    (if known)


# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 8*

---

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date  **3/20/2013** _____     Signature _____ **/s/ Keesie H. Kothmann** _____
                                                      of Debtor       **Keesie H. Kothmann**

Date  **3/20/2013** _____     Signature _____ **/s/ Ginger Lea Kothman** _____
                                                      of Joint Debtor  **Ginger Lea Kothman**
                                                      (if any)

*Penalty for making a false statement:  Fine of up to $500,000 or imprisonment for up to 5 years, or both.*
*18 U.S.C. §§ 152 and 3571*

B 8 (Official Form 8) (12/08)

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

IN RE:  **Keesie H. Kothmann**           CASE NO   **13-10337**
       **Ginger Lea Kothman**
                                           CHAPTER   **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

PART A -- Debts secured by property of the estate.  (Part A must be fully completed for EACH debt which is secured by property of the estate.  Attach additional pages if necessary.)

---

Property No.   1

| **Creditor's Name:** | **Describe Property Securing Debt:** |
|---|---|
| A+ F.C.U.<br>P.O. Box 14867<br>Austin, TX 78761-4867<br>xx7347 | 2010 Volkswagon Jetta TDI Sedan 4D |

Property will be (check one):
☐ Surrendered    ☑ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☑ Reaffirm the debt
☐ Other.  Explain (for example, avoid lien using 11 U.S.C. § 522(f)):

Property is (check one):
☐ Claimed as exempt    ☐ Not claimed as exempt

---

Property No.   2

| **Creditor's Name:** | **Describe Property Securing Debt:** |
|---|---|
| Ally Financial<br>PO Box 130424<br>Roseville, MN 55113<br>xxxxxxxx2485 | 2007 Chevrolet Silverado |

Property will be (check one):
☐ Surrendered    ☑ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☑ Reaffirm the debt
☐ Other.  Explain (for example, avoid lien using 11 U.S.C. § 522(f)):

Property is (check one):
☐ Claimed as exempt    ☐ Not claimed as exempt

B 8 (Official Form 8) (12/08)

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

IN RE:   **Keesie H. Kothmann**  
       **Ginger Lea Kothman**

CASE NO   **13-10337**

CHAPTER   **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

*Continuation Sheet No. 1*

---

Property No.   3

| **Creditor's Name:** | **Describe Property Securing Debt:** |
|---|---|
| Ally Financial<br>PO Box 130424<br>Roseville, MN 55113<br>xxxxxxxx4595 | 2007 Chevrolet Silverado |

Property will be (check one):
- [ ] Surrendered      [x] Retained

If retaining the property, I intend to (check at least one):
- [ ] Redeem the property
- [x] Reaffirm the debt
- [ ] Other.  Explain (for example, avoid lien using 11 U.S.C. § 522(f)):

Property is (check one):
- [ ] Claimed as exempt      [ ] Not claimed as exempt

---

Property No.   4

| **Creditor's Name:** | **Describe Property Securing Debt:** |
|---|---|
| Chase Automotive Finance<br>National Bankruptcy Dept.<br>PO BOX 29505<br>AZ1-1191<br>Phoenix, AZ  85038 | 2008 Chevrolet Silverado C1500 |

Property will be (check one):
- [ ] Surrendered      [x] Retained

If retaining the property, I intend to (check at least one):
- [ ] Redeem the property
- [x] Reaffirm the debt
- [ ] Other.  Explain (for example, avoid lien using 11 U.S.C. § 522(f)):

Property is (check one):
- [ ] Claimed as exempt      [ ] Not claimed as exempt

B 8 (Official Form 8) (12/08)

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

IN RE: **Keesie H. Kothmann**
       **Ginger Lea Kothman**

CASE NO   **13-10337**

CHAPTER  **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

*Continuation Sheet No. 2*

| Property No.  5 | |
|---|---|
| **Creditor's Name:**<br>James R. Goodman<br>3709 Wharton Street<br>Ft. Worth, TX 76133 | **Describe Property Securing Debt:**<br>Various trucks and trailers |

Property will be (check one):
☐ Surrendered     ☑ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☑ Reaffirm the debt
☐ Other. Explain (for example, avoid lien using 11 U.S.C. § 522(f)):

Property is (check one):
☐ Claimed as exempt    ☐ Not claimed as exempt

| Property No.  6 | |
|---|---|
| **Creditor's Name:**<br>The Commercial Bank<br>109 Moody Street<br>Mason, TX 76856<br>x3498 | **Describe Property Securing Debt:**<br>various trucks |

Property will be (check one):
☐ Surrendered     ☑ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☑ Reaffirm the debt
☐ Other. Explain (for example, avoid lien using 11 U.S.C. § 522(f)):

Property is (check one):
☐ Claimed as exempt    ☐ Not claimed as exempt

PART B -- Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

B 8 (Official Form 8) (12/08)

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

IN RE:  **Keesie H. Kothmann**
       **Ginger Lea Kothman**

CASE NO  **13-10337**

CHAPTER  **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

*Continuation Sheet No. 3*

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br>None | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br><br>YES ☐      NO ☐ |

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date  3/20/2013 _____

Signature  __/s/ Keesie H. Kothmann_____
             **Keesie H. Kothmann**

Date  3/20/2013 _____

Signature  __/s/ Ginger Lea Kothman_____
             **Ginger Lea Kothman**